UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                          **INDICTMENT**

COREY HAWORTH,

    Defendant.
_____/

The Grand Jury charges:

### COUNT 1
(Possession with Intent to Distribute a Controlled Substance)

On or about August 17, 2020, in Eaton County, in the Southern Division of the Western District of Michigan, the defendant,

**COREY HAWORTH**,

knowingly and intentionally possessed with intent to distribute 5 grams or more of methamphetamine, a Schedule II controlled substance.

21 U.S.C. § 841(a)(1)
21 U.S.C. §§ 841(b)(1)(B)(viii)

## COUNT 2
(Felon in Possession of a Firearm)

On or about August 17, 2020, in Eaton County, in the Southern Division of the Western District of Michigan, the defendant,

**COREY HAWORTH**,

knowing that he previously had been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, that is, a loaded Cobra .380 caliber semi-automatic pistol, and the firearm was in and affecting commerce.

18 U.S.C. § 922(g)(1)
18 U.S.C. § 924(a)(2)

## FORFEITURE ALLEGATION

The allegations contained in Count 2 of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 924(d)(1).

Upon conviction of the offense in violation of 18 U.S.C. § 922(g) set forth in Count 2 of this Indictment, the defendant,

**COREY HAWORTH,**

shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d)(1), the firearm and ammunition involved in or used in the offense, namely, a Cobra .380 caliber semi-automatic pistol and one loaded .380 caliber magazine.

18 U.S.C. § 924(d)(1)
18 U.S.C. § 922(g)(1)

A TRUE BILL

_____
GRAND JURY FOREPERSON

ANDREW BYERLY BIRGE
United States Attorney

_____
AUSTIN J. HAKES
Assistant United States Attorney