UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

vs.                                                                                 No. 1:21-CR-059

KOREY HAWORTH,                                                   Hon. Hala Y. Jarbou
                                                                                 U.S. District Court Judge
        Defendant.
_____/

**UNOPPOSED MOTION TO CORRECT SPELLING IN INDICTMENT**

The United States of America respectfully moves to change the first letter of the Defendant's first name in the Indictment from a "C" to a "K." In support of this motion, the government states the following:

1. Defendant's case was initially investigated by the Eaton County Sheriff's Department in case number 2020-000421. The lead report from Defendant's case consistently spells Defendant's first name with a "C," i.e., "Corey."

2. On March 23, 2021, a grand jury returned an Indictment identifying Defendant as "Corey Haworth." (ECF No. 1, PageID.1.)

3. Michigan Secretary of State Records spell Defendant's first name with a "K," i.e., "Korey."

4. On April 23 and 26, defense counsel confirmed that Defendant had no objection to changing the spelling of his name in the Indictment to reflect the Michigan Secretary of State spelling.

For the foregoing reasons, the government respectfully asks this Court to change the first letter of Defendant's name in the Indictment from a "C" to a "K." The government's accompanying brief in support of this motion discusses applicable legal authority for this change.

Respectfully submitted,

ANDREW BYERLY BIRGE
United States Attorney

Dated: April 26, 2021

/s/ *Austin J. Hakes*
AUSTIN J. HAKES
Assistant United States Attorney
P.O. Box 208
Grand Rapids, Michigan 49501
(616) 456-2404