UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                                    No. 1:21-CR-059

KOREY HAWORTH,                     Hon. Hala Y. Jarbou
                                                        U.S. District Court Judge

    Defendant.
_____/

## **ORDER**

For good cause shown, the Court hereby grants the Government's motion to correct spelling within the Indictment and hereby orders that the Clerk's file the proposed corrected Indictment.

Dated: _____                      _____
                                                                 HALA Y. JARBOU
                                                                  United States District Judge