UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

KOREY HAWORTH,

    Defendant.

_____/

Case No. 1:21-cr-59

Hon. Hala Y. Jarbou

## ORDER

The Court held a hearing on Defendant's Motion to Suppress Evidence (ECF No. 31) on the record, with all parties present, on July 27, 2021.  For the reasons stated on the record:

**IT IS ORDERED** that Defendant's Motion to Suppress Evidence (ECF No. 31) is **DENIED**.

Date:  July 27, 2021

/s/ Hala Y. Jarbou
HALA Y. JARBOU
UNITED STATES DISTRICT JUDGE